UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

IN RE: LAWRENCE L. CRAWFORD,                              9:13-AF-0001
                                                          (GLS)
                Respondent.
_____

## ORDER

On December 4, 2013, respondent Lawrence L. Crawford was permanently enjoined from filing "any document or pleading of any kind" in this District without permission from the Chief Judge.  Dkt. No. 6 (Anti-Filing Injunction Order ("AFIO")).  Presently before this Court is a pleading from Crawford (Dkt. No. 11) seeking judicial relief, as well as two submissions (Dkt. Nos. 14, 15) in support thereof.[1]  Crawford has not requested leave to commence a new action nor has he made the showing required by the AFIO with respect to any of the three submissions.

**WHEREFORE**, it is hereby

**ORDERED** that the Clerk shall open a new civil action encaptioned *Crawford, et al. v. United States, et al.*, with the filing date of January 16, 2015, and file the Complaint/Petition (Dkt. No. 11) and the supplemental submissions (Dkt. Nos. 14, 15) on the docket of that action; and it is further

**ORDERED** that the Complaint/Petition and the supplemental submissions by Crawford are hereby **DISMISSED** as non-compliant with the AFIO; the Clerk shall file a copy of this Order in the new civil action and indicate on the docket that Crawford is terminated as a party thereto; and it is further

---

[1] Inmates Cook, Sutcliffe, Howell, and Mills purport to be a co-plaintiffs/petitioners with Crawford on these submissions.

**ORDERED** that the Clerk shall serve a copy of this Order on Crawford by regular mail. The Clerk shall also send a copy of the docket sheet for the new civil action referencing the filings to Crawford and to inmates Cook, Sutcliffe, Howell, and Mills.

**IT IS SO ORDERED.**

Dated: February 23, 2015
Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court